```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

DANIEL LEE NEWMAN,           )
    Plaintiff,             )
                           )
    v.                     ) Civil Action No. 04-1163
                           )
DOLLAR BANK,                 )
    Defendant.             )

<u>JUDGMENT ORDER</u>

AND NOW, this 31st day of March, 2006, IT IS HEREBY ORDERED that judgment is entered in favor of defendant, Dollar Bank, and against plaintiff, Daniel Lee Newman.

                                          BY THE COURT:

                                          <u>s/Gary L. Lancaster</u>
                                          Gary L. Lancaster,
                                          United States District Judge

cc:  All Counsel of Record